FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JUN 29 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 3:05CR147-A |
| v. ) | [18 USC 922(g)(1)] |
| ) | |
| DANNY JOE McCART ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 21st day of January, 2005, in Lee County, Alabama, within the Middle District of Alabama,

DANNY JOE McCART,

defendant herein, having been convicted on or about August 23, 1988, of Criminal Mischief 1st Degree, Case Number CC-88-147; and convicted on or about May 1, 1981, of Assault 1st Degree, Case Number CC-81-8, both convictions in the Circuit Court of Russell County, being crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, did knowingly possess, in and affecting commerce, the following firearms:

1) a Bryco Arms, Model 38, .380 caliber pistol, Serial Number 1287345;

2) a Savage, Model 944, 12 gauge shotgun, Serial Number P430626;

3) a Savage, Stevens Model 887, .22 LR rifle, Serial Number D489995;

4) a Winchester, Model 290, .22 caliber rifle, Serial Number 168717;

5) a New England Firearms, Pardner Model SB1, 20 gauge shotgun, Serial Number NN380340;

6) a Cobra Enterprises, Model C22M, .22 magnum revolver, Serial Number 006423;

and,

7) a Ruger Model Blackhawk, .41 magnum revolver, Serial Number 47-13039,

all in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Kent B. Brunson
Assistant United States Attorney

2