| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

| | |
|---|---|
| √ INITIAL APPEARANCE | DATE: July 13, 2005 |
| ❏ BOND HEARING | |
| ❏ DETENTION HEARING | Digital Recording 2:52 - 3:00 |
| ❏ PRELIMINARY (EXAMINATION)(HEARING) | |
| ❏ REMOVAL HEARING (R.40) | |
| √ ARRAIGNMENT | |

---

| | |
|---|---|
| PRESIDING MAG. JUDGE: Susan Russ Walker | DEPUTY CLERK: Joyce Taylor |
| CASE NO. 3:05cr147-A | DEFENDANT NAME: Danny Joe McCart |
| AUSA: Kent Brunson | DEFT. ATTY: Karl Nastrom |
| | Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD |

USPO/USPTS: Ron Thweatt

Interpreter needed: ( √ ) NO; (   )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest July 13, 2005 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❏ | ❏ Government's ORAL  Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √** | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. ❏Set for |
| | DISCOVERY DISCLOSURE DATE:  July 15, 2005 |
| ❏ | WAIVER of Speedy Trial.   CRIMINAL TERM: August 29, 2005 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |

** *Defendant detained until USPTS can complete the report on defendant.  Ron Thweatt to contact Judge Coody on 7/14/05 as to whether or not detention hearing is necessary in this case.*