**COURTROOM DEPUTY MINUTES**  **DATE:** JULY 14, 2005
**MIDDLE DISTRICT OF ALABAMA**
                                           **DIGITAL RECORDING:** 3:37-3:38

- ☐ INITIAL APPEARANCE
- ☒ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**

CASE NO. **3:05CR147-A-CSC**   DEFT. NAME: **DANNY JOE McCART**

USA: **KENT BRUNSON**   ATTY: **KEVIN BUTLER**
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: **RON THWEATT**

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   NAME: _____

| | |
|---|---|
| ☐kars. | Date of Arrest _____ or   ☐ karsr40 |
| ☐kia. | Deft. First Appearance. Advised of rights/charges.  ☐Pro/Sup Rel Violator |
| ☐kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel   ☐ ORAL MOTION for Appointment of Counsel |
| ☐kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☐koappted | ORAL ORDER appointing Community Defender Organization - **Notice to be filed.** |
| ☐k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ | Government's WRITTEN Motion for Detention Hrg. filed. |
| ☐kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ at _____ |
| ☐kotempdtn. | ORDER OF TEMPORARY DETENTION PENDING HEARING entered |
| ☐kodtn. | ORDER OF DETENTION PENDING TRIAL entered |
| ☒kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☒kbnd. | ☐BOND EXECUTED (M/D AL charges) $ 25,000 _____. Deft released (kloc LR) |
| | ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered |
| ☐kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for _____ |
| ☐ko. | Deft. **ORDERED REMOVED** to originating district |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. |
| ☐karr. | ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered. |
| | ☐Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ |
| | DISCOVERY DISCLOSURES DATE: _____ |
| ☐krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ |
| ☐kwvspt | **Waiver of Speedy Trial Act Rights Executed** |