COURTROOM DEPUTY MINUTES         DATE: AUGUST 9, 2005

MIDDLE DISTRICT OF ALABAMA       DIGITAL RECORDED:

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>     **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** <u>3:05CR147-A-CSC</u>              **DEFENDANT NAME:** <u>DANNY JOE McCART</u>

### APPEARANCES

GOVERNMENT                                            DEFENDANT
ATTY. KENT BRUNSON                                    ATTY. CHRISTINE FREEMAN

☒ **DISCOVERY STATUS:** Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**

☒ **TRIAL STATUS:** Presently set for 8/29/05. Deft will file M/Cont. trial to next term.

☒ **REMARKS:** Court will set another pretrial conf. when case is continued to next term.