IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr147-A |
| DANNY JOE MCCART ) | |

### **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #14), filed by the Defendant on August 15, 2005. The Defendant has filed a Waiver of Speedy Trial, and the Government does not oppose the motion. The court finds that, for the reason that additional time is needed for defense counsel to confer with the Defendant, investigate the case, and adequately prepare a defense, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Accordingly, it is hereby

ORDERED that the motion is GRANTED, and this case is CONTINUED to the term of court commencing December 5, 2005.

DONE this 17th day of August, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE