IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 3:05-CR-147-A |
| | ) | |
| **DANNY JOE MCCART** | ) | |

## MOTION TO INSPECT JURY LIST FOR BOTH THE GRAND JURY AND THE PETIT JURY

**NOW COMES** the Defendant, Danny Joe McCart, by and through undersigned counsel, CHRISTINE A. FREEMAN, and respectfully moves this Court pursuant to 28 U.S.C. 1867 (F), to allow him through his attorney to inspect the contents of records or papers used by the jury commission or clerk in connection with the jury selection process to help him determine whether or not to move to dismiss the indictment on the ground that there was substantial failure to comply with provisions of Chapter 121, 28 U.S.C. 1861 et. seq. in selecting the grand or petit jury.

Respectfully submitted;

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Danny McCart
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent B. Brunson, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

        **s/Christine A. Freeman**
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Attorney for Danny McCart
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street , Suite 407
        Montgomery, AL 36104
        TEL:  (334) 834-2099
        FAX:  (334) 834-0353