IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. NO. 3:05cr147-A |
| DANNY JOE MCCART | ) |

### **ORDER**

This case is before the court on the Motion to Inspect Jury List for Both the Grand Jury and the Petit Jury (Doc. #17), filed by the Defendant on November 28, 2005.

The Order on Arraignment entered in this case on July 14, 2005, set August 5, 2005, as the deadline for pretrial motions. Therefore, it is hereby

ORDERED that the motion is DENIED as untimely.

DONE this 29th day of November, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE