IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | CR. NO. 3:05-cr-147-A |
| ) | |
| DANNY JOE McCART    ) | |

GOVERNMENT'S SUPPLEMENTAL REQUESTED JURY INSTRUCTION

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that the following Jury Instruction be given to the jury in the above case.

Respectfully submitted this the 1st day of December, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Bar Number: ASB-3094-U62K
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

GOVERNMENT'S REQUESTED JURY INSTRUCTION NO. 9

The indictment charges that the Defendant knowingly possessed seven firearms. Your verdict must be unanimous as to each element of the offense for each firearm to find the defendant guilty of possessing that firearm.

VERDICT FORM

We the jury find that the defendant knowingly possessed the following firearms:

_____   Bryco Arms, Model 38, .380 caliber pistol, Serial Number 1287345

_____   Savage, Model 944, 12 gauge shotgun, Serial Number P430626

_____   Savage, Stevens Model 887, .22 LR rifle, Serial Number D489995

_____   Winchester, Model 290, .22 caliber rifle, Serial Number 168717

_____   New England Firearms, Pardner Model SB1, 20 gauge shotgun, Serial Number NN380340

_____   Cobra Enterprises, Model C22M, .22 magnum revolver, Serial Number 006423

_____   Ruger Model Blackhawk, .41 magnum revolver, Serial Number 47-13039

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-147-A |
| | ) | |
| DANNY JOE McCART | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine A. Freeman.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Bar Number: ASB-3094-U62K
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov