IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 3:05-CR-147-A |
| | ) | |
| **DANNY JOE MCCART** | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, Danny Joe McCart, by and through undersigned counsel, Christine A. Freeman, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 2nd day of December, 2005.

Respectfully submitted;

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Danny McCart
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent B. Brunson, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

           s/Christine A. Freeman
           **CHRISTINE A. FREEMAN**
           **TN BAR NO.: 11892**
           Attorney for Danny McCart
           Federal Defenders
           Middle District of Alabama
           201 Monroe Street , Suite 407
           Montgomery, AL 36104
           TEL:  (334) 834-2099
           FAX:  (334) 834-0353