**COURTROOM DEPUTY MINUTES**   DATE: __12/2/05__   FTR RECORDING: __12:31 - 12:42__

**MIDDLE DISTRICT OF ALABAMA**   COURT REPORTER: __JAMES DICKENS__

☐ ARRAIGNMENT    ✓ CHANGE OF PLEA    ☐ CONSENT PLEA

☐ RULE 44(c) HEARING    ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*   **DEPUTY CLERK:** *WANDA STINSON*

**CASE NUMBER:** *3:05CR147-A-CSC*   **DEFENDANT NAME:** *DANNY JOE MCCART*

**AUSA:** *KENT BRUNSON*   **DEFENDANT ATTY:** *CHRISTINE FREEMAN*

**USPO:** *DEWAYNE SPRULOCK*   Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO

Defendant ___does  ✓ does NOT need and interpreter.

Interpreter present?  ✓ NO ___YES   Name: _____

---

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing  ☐ FPD or ☐ CJA Panel.  Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity

✓ Guilty as to:  ✓ Count(s) __1__  of the **Indictment**

☐ Count(s) _____  ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered.  ☐ Written plea agreement filed.  ✓ **OPEN/ORAL** Plea Agreement.

☐ **ORDERED SEALED.**

✓ **ORAL ORDER** Adjudicating defendant guilty.

✓ **ORDER:** Defendant Continued under ✓ same Conditions/Bond imposed ; ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____; ✓ Sentencing on _____; ✓ To be set by Separate Order

☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or  ☐ Sentencing on _____  ☐ set by separate Order.