IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 3:05-CR-147-A |
| | ) | |
| **DANNY JOE MCCART** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Patricia V. Kemp, and enters her appearance as counsel for **DANNY JOE MCCART**, in the above-styled matter.

Dated this 10th day of January 2006.

Respectfully submitted,

s/Patricia Kemp
PATRICIA KEMP
ASB-4592-R80K
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent B. Brunson, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                              **s/Patricia Kemp**
                                              **PATRICIA KEMP**
                                              ASB-4592-R80K
                                              Attorney for Defendant
                                              Federal Defenders
                                              Middle District of Alabama
                                              201 Monroe Street, Suite 407
                                              Montgomery, AL 36104
                                              TEL:   (334) 834-2099
                                              FAX:   (334) 834-0353
                                              E-Mail: patricia_kemp@fd.org