# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | March 9, 2006 | AT: | 9:44 a.m. |
| DATE COMPLETED: | March 9, 2006 | AT: | 9:52 a.m. |

UNITED STATES OF AMERICA    )
                            )
vs.                         )    CR. No. 3:05cr147-WHA
                            )
DANNY JOE McCART            )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Kent Brunson | Christine Freeman |

COURT OFFICIALS PRESENT

Risa Entrekin, Court Reporter           Dwayne Spurlock, USPO
Elna Behrman, Courtroom Deputy          Chris Puckett, Law Clerk

## COURTROOM PROCEEDINGS

(X)   SENTENCING HEARING

Court addresses Ms. Freeman regarding an emerging pattern and practice by the Federal Defenders Office of late-filing motions for downward departure for diminished capacity.
Ms. Freeman responds.
Court replies to Ms. Freeman by stating that the matter will be taken up at a meeting of the district judges.
Sentencing of this Defendant will be continued to a later date to give the Government time to respond to the motion and for the court to consider the motion.
A hearing will be set by later order after the responses are received and reviewed.
Court is adjourned.