IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CASE NO.: 3:05-CR-147-WHA |
| | ) |
| DANNY JOE MCCART | |

## NOTICE OF FILING NEUROBEHAVIORAL HEALTH EVALUATION AND MOTION TO SEAL

NOW COMES the Defendant, Danny McCart, by and through undersigned counsel, Christine A. Freeman, and respectfully notifies this Court that he has filed the attached Neurobehavioral Health Evaluation by Dr. Theron M. Covin.

The Defendant respectfully requests that this Evaluation be filed and placed **under seal** due to the sensitive information contained.

Respectfully submitted,

CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**MOTION GRANTED**

SO ORDERED
THIS 10th DAY OF March, 2006

UNITED STATES DISTRICT JUDGE