IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr147-WHA |
| DANNY JOE McCART ) | |

**ORDER**

Sentencing of the Defendant having been continued in open court due to the late filing by the Defendant of a Motion for Downward Departure, it is hereby

ORDERED that sentencing of the Defendant is RESET for Thursday, March 23, 2006, at 10:00 a.m.

DONE this 13th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE