Judgment — Page 2 of 6

**DEFENDANT:** DANNY JOE McCART
**CASE NUMBER:** 3:05cr147-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**24 months.**

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on **May 25, 2006**.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

**JUN 1 3 2006**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered (v/s) on  5-25-2006  to  FCC Coleman-Low

at  Coleman, FL , with a certified copy of this judgment.

Charles L. Lockett, Deputy Warden
~~UNITED STATES MARSHAL~~

By  M. Rodrig..., LTE
~~DEPUTY UNITED STATES MARSHAL~~